■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v APRIL POPE, Respondent. [755 NYS2d 843] —Order, Supreme Court, Bronx County (Robert Cohen, J.), entered February 4, 2002, unanimously affirmed for the reasons stated by Cohen, J. No opinion. Concur—Mazzarelli, J.P., Andrias, Saxe, Ellerin and Williams, JJ. [*See* 190 Misc 2d 508.]